certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 227 So.2d 376.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

230 So.2d 835

**Edwin B. DUNCAN, d/b/a E. B. Duncan Drilling Contractor**

**v.**

**G. Wray GILL et al.**

**No. 50254.**

Feb. 23, 1970.

In re: Mrs. Alice G. Guidroz applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 227 So.2d 376.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

230 So.2d 835

**Edwin B. DUNCAN, d/b/a E. B. Duncan Drilling Contractor**

**v.**

**G. Wray GILL et al.**

**No. 50255.**

Feb. 23, 1970.

In re: Dr. William Fisher applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 227 So.2d 376.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.